## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMEKA BARNES, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-2438 |
| | : | |
| NATIONWIDE MUTUAL | : | |
| INSURANCE  COMPANY, et al., | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this _26th__ day of _February_____, 2014, it is **ORDERED** that

Defendants Nationwide Mutual Insurance Company and Victor Verbeke's Motion for Summary

Judgment (ECF No. 24) is **GRANTED**.


s/Anita B. Brody

_____

ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: